**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7387

THERMAN MARTIN, JR.,

Plaintiff - Appellant,

versus

C. WILLIS, L.P.N.; MRS. RINGWOOD-FORD, R.N.,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-99-562-7)

Submitted: February 10, 2000      Decided: February 22, 2000

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Therman Martin, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Therman Martin, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court, but modify that court's order to reflect that the action is dismissed with prejudice. See Martin v. Willis, No. CA-99-562-7 (W.D. Va. Oct. 6, 1999)[*]; see also 28 U.S.C. § 2106 (1994). We deny Martin's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

---

[*] Although the district court's order is marked as "filed" on September 15, 1999, the district court's records show that it was entered on the docket sheet on October 6, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).